1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| THE SECOND AMENDMENT FOUNDATION; THE CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; LIBERTY PARK PRESS; MERRIL MAIL MARKETING; CENTER FOR THE DEFENSE OF FREE ENTERPRISE; SERVICE BUREAU ASSOCIATION; and ALAN GOTTLIEB,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT FERGUSON, individually and in his official capacity as Washington Attorney General; JOSHUA STUDOR, individually and in his official capacity as Washington Assistant Attorney General, Consumer Protection Division; THE ATTORNEY GENERAL'S OFFICE FOR THE STATE OF WASHINGTON; and JOHN DOES 1-10,<br><br>Defendants. | NO. 2:23-cv-01554<br><br>NOTICE OF REMOVAL TO FEDERAL COURT<br><br>**(Clerk's Action Required)** |

TO:        CLERK OF THE ABOVE-ENTITLED COURT;

AND TO:    THE SECOND AMENDMENT FOUNDATION; THE CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; LIBERTY PARK PRESS; MERRIL MAIL MARKETING; CENTER FOR THE DEFENSE OF FREE ENTERPRISE; SERVICE BUREAU ASSOCIATION; and ALAN GOTTLIEB, Plaintiffs;

NOTICE OF REMOVAL TO FEDERAL COURT -- NO. 2:23-cv-01554

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

AND TO: JACK M. LOVEJOY, STEVEN W. FOGG and SPENCER McCANDLESS, Counsel for Plaintiffs:

PLEASE TAKE NOTICE that without waiving any procedural or substantive defenses, Defendants Robert Ferguson, individually and in his official capacity as Washington Attorney General; Joshua Studor, individually and in his official capacity as Washington Assistant Attorney General, Consumer Protection Division; and the Attorney General's Office for the State of Washington (Defendants) hereby remove the lawsuit filed on September 18, 2023, in the State of Washington, King County Superior Court, under Case No. 23-2-17835-1 SEA by Plaintiffs the Second Amendment Foundation; the Citizens Committee for the Right to Keep and Bear Arms; Liberty Park Press; Merril Mail Marketing; Center for the Defense of Free Enterprise; Service Bureau Association; and Alan Gottlieb (Plaintiffs), to the United States District Court for the Western District of Washington (Seattle Division). Defendants provide the following short and plain statement of the grounds for removal:

1. This case alleges violations of Plaintiffs' federal civil rights under 42 U.S.C. § 1983, including the First, Fourth, and Fourteenth Amendments to the U.S. Constitution, as well as two state law claims. The complaint has not been answered by Defendants.

2. Plaintiffs initially filed suit in this Court on May 3, 2023, raising the same claims against the same Defendants, seeking the same relief, and based on the same factual allegations. *See* Case No. 2:23-cv-00647-MJP. Defendants moved to dismiss, and Plaintiffs voluntarily dismissed their complaint on July 11, 2023, in lieu of responding to Defendants' motion.

3. On September 18, 2023, Plaintiffs filed a complaint in the King County Superior Court of Washington, Case No. 23-2-17835-1 SEA, entitled The Second Amendment Foundation; the Citizens Committee for the Right to Bear Arms; Liberty Park Press; Merril Mail Marketing; Center for the Defense of Free Enterprise; Service Bureau Association; and Alan Gottlieb, Plaintiffs v. Robert Ferguson, individually and in his official capacity as Washington Attorney General; Joshua Studor, individually and in his official capacity as

Washington Assistant Attorney General, Consumer Protection Division; the Attorney General's Office for the State of Washington, and John Does 1-10, Defendants. As noted, this complaint is nearly identical to the federal complaint Plaintiffs had previously dismissed.

4. This complaint was received by Defendants on September 22, 2023. Pursuant to 28 U.S.C. § 1446(b)(1) and LCR 101(b), this notice of removal is being filed within thirty days of the filing of the complaint.

## INTRADISTRICT ASSIGNMENT

5. Under 28 U.S.C. § 1331 the United States District Courts "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6. Plaintiffs allege that Defendants violated their rights under the First, Fourth, and Fourteenth Amendments of the U.S. Constitution and assert claims under 42 U.S.C. § 1983.

7. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and § 1343, and is one which Defendants may remove to this Court pursuant to 28 U.S.C. § 1441(c) in that it is a civil action founded on claims arising under federal law. This Court may exercise supplemental jurisdiction over any state law claims that are part of the same case or controversy pursuant to 28 U.S.C. § 1367(a).

8. Venue in the United States District Court, Western District of Washington at Seattle, is appropriate as this is the judicial district in which Plaintiffs allegedly reside or are located, and the county in which this matter was plead. Defendants Robert Ferguson, Joshua Studor, and the Office of the Attorney General are located in King County, Washington.

## RESERVES AND IMMUNITY

9. Defendants reserve all rights, defenses, and immunities, and this notice is made without waiving Defendants' immunities or any other defenses they may have in response to this lawsuit.

NOTICE OF REMOVAL TO FEDERAL
COURT -- NO. 2:23-cv-01554

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## SUPPORTING DOCUMENTS

10. In compliance with 28 U.S.C. § 1446(a) and LCR 101(b), Defendants will file copies of all process, pleadings, and orders served upon it in this case within the fourteen day deadline and with the appropriate verification of authenticity. A copy of the Complaint is attached.

DATED this 11th day of October 2023.

> ROBERT W. FERGUSON
> Attorney General
>
> *s/ Lauryn K. Fraas*
> LAURYN K. FRAAS, WSBA #53238
> ALEXIA DIORIO, WSBA #57280
> Assistant Attorneys General
> MARSHA CHIEN, WSBA #47020
> Deputy Solicitor General
> 800 Fifth Avenue, Suite 2000
> Seattle, WA 98104-3188
> (206) 464-7744
> Lauryn.Fraas@atg.wa.gov
> Alexia.Diorio@atg.wa.gov
> Marsha.Chien@atg.wa.gov
>
> *Attorneys for State Defendants*

NOTICE OF REMOVAL TO FEDERAL COURT -- NO. 2:23-cv-01554

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744