**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| THE SECOND AMENDMENT FOUNDATION; THE CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; LIBERTY PARK PRESS; MERRIL MAIL MARKETING; CENTER FOR THE DEFENSE OF FREE ENTERPRISE; SERVICE BUREAU ASSOCIATION; and ALAN GOTTLIEB,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT FERGUSON, individually and in his official capacity as Washington Attorney General; JOSHUA STUDOR, individually and in his official capacity as Washington Assistant Attorney General, Consumer Protection Division; THE ATTORNEY GENERAL'S OFFICE FOR THE STATE OF WASHINGTON; and JOHN DOES 1-10,<br><br>Defendants. | NO. 2:23-cv-01554<br><br>NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT |

TO: THE SECOND AMENDMENT FOUNDATION; THE CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; LIBERTY PARK PRESS; MERRIL MAIL MARKETING; CENTER FOR THE DEFENSE OF FREE ENTERPRISE; SERVICE BUREAU ASSOCIATION; and ALAN GOTTLIEB, Plaintiffs

AND TO: JACK M. LOVEJOY, STEVEN W. FOGG and SPENCER McCANDLESS, Counsel for Plaintiffs

NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT NO. 2:23-cv-01554

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

PLEASE TAKE NOTICE that a Notice of Removal to Federal Court of this action was filed in the United States District Court for the Western District of Washington, Seattle Division, on October 11, 2023. A copy of the Notice of Removal to Federal Court is attached to this Notice, and is served and filed herewith.

DATED this 11th day of October 2023.

ROBERT W. FERGUSON
Attorney General

*s/ Lauryn K. Fraas*
LAURYN K. FRAAS, WSBA #53238
ALEXIA DIORIO, WSBA #57280
Assistant Attorneys General
MARSHA CHIEN, WSBA #47020
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744
Lauryn.Fraas@atg.wa.gov
Alexia.Diorio@atg.wa.gov
Marsha.Chien@atg.wa.gov
*Attorneys for State Defendants*

NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT NO. 2:23-cv-01554

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744