# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE SECOND AMENDMENT FOUNDATION; THE CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; LIBERTY PARK PRESS; MERRIL MAIL MARKETING; CENTER FOR THE DEFENSE OF FREE ENTERPRISE; SERVICE BUREAU ASSOCIATION; and ALAN GOTTLIEB,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT FERGUSON, individually and in his official capacity as Washington Attorney General; JOSHUA STUDOR, individually and in his official capacity as Washington Assistant Attorney General, Consumer Protection Division; THE ATTORNEY GENERAL'S OFFICE FOR THE STATE OF WASHINGTON; and JOHN DOES 1-10,<br><br>Defendants. | NO. 2:23-cv-01554<br><br>NOTICE OF RELATED CASE |

Pursuant to Local Civil Rule 3(g)(2), Defendants Robert Ferguson, Joshua Studor, and the Attorney General's Office for the State of Washington hereby inform the Court of a related case. On May 3, 2023, the Second Amendment Foundation, the Citizens Committee for the Right to Keep and Bear Arms, Liberty Park Press, Merril Mail Marketing, Center for the Defense of Free Enterprise, Service Bureau Association, and Alan Gottlieb filed cause number

NOTICE OF RELATED CASE
NO. 2:23-cv-01554

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

2:23-cv-00647 against Robert Ferguson, Joshua Studor, the Attorney General's Office for the State of Washington, and John Does 1-10. The case was assigned to the Honorable Marsha J. Pechman. After Defendants moved to dismiss Case No. 2:23-cv-00647, Plaintiffs filed a Notice of Voluntary Dismissal Without Prejudice in lieu of responding. On July 11, 2023 Case No. 2:23-cv-00647 was terminated. Thereafter, Plaintiffs filed a nearly identical complaint in the Superior Court of Washington for King County, which Defendants have now removed. Case No. 2:23-cv-00647 and the present case, involve the same claims brought by the same plaintiffs against the same defendants and are based on the same factual allegations. Both cases assert alleged civil rights violations under 42 U.S.C. § 1983, including alleged violations of the First, Fourth, and Fourteenth Amendments to the U.S. Constitution, as well as two state law claims.

DATED this 11th day of October 2023.

ROBERT W. FERGUSON
Attorney General

*s/ Lauryn K. Fraas*
LAURYN K. FRAAS, WSBA #53238
ALEXIA DIORIO, WSBA #57280
Assistant Attorneys General
MARSHA CHIEN, WSBA #47020
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Lauryn.Fraas@atg.wa.gov
Alexia.Diorio@atg.wa.gov
Marsha.Chien@atg.wa.gov
*Attorneys for State Defendants*

NOTICE OF RELATED CASE
NO. 2:23-cv-01554

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744