UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECOND AMENDMENT FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT FERGUSON, et al., <br><br> Defendants. | CASE NO. C23-1554 MJP <br><br> ORDER DENYING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

This matter comes before the Court on Plaintiffs' Motion for Leave to File Overlength Brief. (Dkt. No. 12.) Having reviewed the Motion and all supporting materials, the Court DENIES the Motion. Plaintiffs ask for leave to file a response to Defendants' Motion to Dismiss that is one-and-a-half times the allowed length on the theory that they must "present the detailed factual background" from their Complaint and "discuss the 'specific factual allegations'" they claim Defendants overlooked. (Mot. at 2.) The Court finds little merit in this argument. In analyzing the Motion to Dismiss, the Court will review Plaintiffs' Complaint in great detail. Providing additional space for Plaintiffs to repeat or summarize the Complaint's allegations is

1  unnecessary. And any discussion of the Complaint's specific factual allegations is best presented
2  in the "legal analysis that responds to State Defendants' arguments." (Id.) Lastly, the Court is not
3  convinced that Plaintiffs' discussion about the Court's jurisdiction necessarily requires additional
4  briefing space. The Court therefore DENIES the Motion in the absence of good cause.

5      The clerk is ordered to provide copies of this order to all counsel.

6      Dated November 13, 2023.

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 2