# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SECOND AMENDMENT FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT FERGUSON, et al., <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NO. C23-1554 MJP |

\_\_    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiffs' Complaint is DISMISSED without prejudice for lack of subject matter jurisdiction and for lack of supplemental jurisdiction.

Dated January 9, 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/ Kathleen Albert<br>
Deputy Clerk