UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECOND AMENDMENT FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT FERGUSON, et al., <br><br> Defendants. | CASE NO. C23-1554 MJP <br><br> ORDER ON REMAND |

The Court issues this Order in light of the Ninth Circuit's Memorandum and the Mandate. (Dkt. Nos. 23 & 24.) Within 30 days of entry of this Order, Plaintiffs must file their amended complaint.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 22, 2025.

Marsha J. Pechman
United States Senior District Judge

ORDER ON REMAND - 1