THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE SECOND AMENDMENT FOUNDATION; THE CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; LIBERTY PARK PRESS; MERRIL MAIL MARKETING; CENTER FOR THE DEFENSE OF FREE ENTERPRISE; SERVICE BUREAU ASSOCIATION; and ALAN GOTTLIEB,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT FERGUSON, individually and in his official capacity as Washington Attorney General; JOSHUA STUDOR, individually and in his official capacity as Washington Assistant Attorney General, Consumer Protection Division; THE ATTORNEY GENERAL'S OFFICE FOR THE STATE OF WASHINGTON; and JOHN DOES 1-10,<br><br>Defendants. | NO. 2:23-cv-01554-MJP<br><br>STIPULATION AND AGREED [PROPOSED] ORDER FOR EXTENSION OF DEADLINE TO FILE AMENDED COMPLAINT |

**STIPULATION**

The parties, by and through their counsel, stipulate and agree as follows:

1. On June 26, 2025, the Ninth Circuit Court of Appeals issued its memorandum on the appeal filed in this case, in which the court affirmed in part, reversed in part, and remanded the case. On July 18, 2025 the Mandate was issued. An Order on Remand was

STIPULATION AND AGREED [PROPOSED] ORDER FOR EXTENSION OF DEADLINE TO FILE AMENDED COMPLAINT - 1

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

entered by this Court on July 22, 2025, which directed Plaintiffs to file their Amended Complaint within 30 days of entry of the Order.

2.  Plaintiffs and Defendants are currently in discussion about their respective positions, which may impact the next steps in this case. The parties hereby agree and stipulate to an extension of the deadline for Plaintiffs to file their Amended Complaint by just over 30 days, to Monday, September 22, 2025.

3.  The parties therefore respectfully request the Court to enter the proposed order, set out below, adopting this extended deadline.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


Respectfully submitted on August 18, 2025 by:

CORR CRONIN LLP


*s/ Jack M. Lovejoy*

Steven W. Fogg, WSBA No. 23528
Jack M. Lovejoy, WSBA No. 36962
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
sfogg@corrcronin.com
jlovejoy@corrcronin.com
*Attorneys for Plaintiffs*

ATTORNEY GENERAL'S OFFICE

*s/ Lauryn K. Fraas*

Lauryn K. Fraas WSBA #53238
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Lauryn.Fraas@atg.wa.gov
*Attorneys for Defendants Robert Ferguson, Joshua Studor, and the Attorney General's Office for the State of Washington*

STIPULATION AND AGREED [PROPOSED] ORDER FOR EXTENSION OF DEADLINE TO FILE AMENDED COMPLAINT - 2

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation, IT IS ORDERED that the date for the Plaintiffs to file their Amended Complaint is extended to September 22, 2025.

DATED this 18th day of August, 2025.

*[signature]*

THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

STIPULATION AND AGREED [PROPOSED] ORDER FOR EXTENSION OF DEADLINE TO FILE AMENDED COMPLAINT - 3

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900